1  GREGORY R. JONES (Bar No. 229858)
   gjones@mwe.com
2  McDERMOTT WILL & EMERY LLP
   2049 Century Park East, 38th Floor
3  Los Angeles, CA 90067-3208
   Telephone: 310.277.4110
4  Facsimile: 310.277.4730

5  ROBERT H. ROTSTEIN (Bar No. 072452)
   rxr@msk.com
6  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Blvd.
7  Los Angeles, CA 90064
   Telephone: 310.312.2000
8  Facsimile: 310.312.3100

9  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT PICTURES CORPORATION, *et al.*, Plaintiffs, v. CINEMATUBE.NET, a business entity of unknown form; TIEN TRAN, a/k/a TIMOTHY TRAN, an individual, d/b/a CINEMATUBE.NET; and DOES 1 through 5, inclusive, Defendants. | CASE NO. CV07-06257 GW (RCx) **ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT** [STIPULATION FOR ENTRY OF JUDGMENT FILED CONCURRENTLY HEREWITH AND PROPOSED CONSENT JUDGMENT LODGED CONCURRENTLY HEREWITH] |
|---|---|

LAS99 1550450-1.069215.0024

1  Based on the Stipulation for Entry of Judgment between plaintiffs Paramount
2  Pictures Corporation, Columbia Pictures Industries, Inc., Disney Enterprises, Inc.,
3  Sony Pictures Entertainment Inc., Sony Pictures Home Entertainment Inc.,
4  Twentieth Century Fox Film Corporation, Universal City Studios Productions
5  LLLP, Universal City Studios LLLP, and Warner Bros. Entertainment Inc., and
6  defendant Tien Tran, a/k/a Timothy Tran and d/b/a Cinematube.net ("Defendant"),
7  which was filed on May 2, 2008, the Court hereby enters judgment against
8  Defendant is this action as set forth in the separate Consent Judgment.
9  IT IS SO ORDERED.

11  Dated: May 7, 2008                    _____
                                          Hon. George Wu
12                                        United States District Judge

14  Submitted by:
15  Dated: May 2, 2008                    **McDERMOTT WILL & EMERY LLP**

17                                        By: /s/ Gregory R. Jones
                                              Gregory R. Jones
18                                            Attorneys for Plaintiffs