GREGORY R. JONES (Bar No. 229858)
gjones@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3208
Telephone: 310.277.4110
Facsimile: 310.277.4730

ROBERT H. ROTSTEIN (Bar No. 072452)
rxr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: 310.312.2000
Facsimile: 310.312.3100

Attorneys for Plaintiffs

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CINEMATUBE.NET, a business entity of unknown form; TIEN TRAN, a/k/a TIMOTHY TRAN, an individual, d/b/a CINEMATUBE.NET; and DOES 1 through 5, inclusive, <br><br> Defendants. | CASE NO. CV07-06257 GW (RCx) <br><br> **CONSENT JUDGMENT** |

LAS99 1538802-4.069215.0024

1  Plaintiffs Paramount Pictures Corporation, Columbia Pictures Industries,
2  Inc., Disney Enterprises, Inc., Sony Pictures Entertainment Inc., Sony Pictures
3  Home Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City
4  Studios Productions LLLP, Universal City Studios LLLP, and Warner Bros.
5  Entertainment Inc. (collectively, "Plaintiffs") and defendant Tien Tran, a/k/a
6  Timothy Tran and d/b/a Cinematube.net, ("Defendant") having entered into a
7  Stipulation for Entry of Judgment and the Court having entered an Order thereon,
8      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

9      1. Defendant has engaged in contributory copyright infringement and
10 inducement of copyright infringement by actively searching for, identifying,
11 collecting, posting, organizing, indexing, and posting on his website
12 (www.cinematube.net) links to infringing material, which has been posted on third-
13 party websites.

14     2. Defendant is liable for damages to Plaintiffs in the amount of One
15 Million Three Hundred Seventy Five Thousand U.S. Dollars (US $1,375,000.00).

16     3. Defendant and his agents, servants, employees, representatives,
17 assigns, licensees, transferees, and all those acting in concert with Defendant, at his
18 direction or within his control (collectively, "Defendant"):
19     (a) shall immediately and permanently cease and desist from operating
20         Cinematube.net;
21     (b) shall immediately and permanently cease and desist from operating any
22         website that is substantially similar to Cinematube.net; and
23     (c) shall immediately and permanently cease and desist from directly,
24         indirectly, contributorily, or vicariously infringing in any manner any
25         copyright in any and all motion pictures, television programs, and
26         other copyrighted works (or portions thereof), whether now in
27         existence or later created, in which any Plaintiff (including its parents,
28         subsidiaries, or affiliates) owns or controls an exclusive right under

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

Section 106 of the United States Copyright Act (17 U.S.C. § 106) or pursuant to copyright laws of other countries or territories (the "Copyrighted Works"), including, but not limited to, engaging in any of the following without appropriate written authority or license from the appropriate Plaintiff:

(i) copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing any of the Copyrighted Works;

(ii) enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, or persuading any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of the Copyrighted Works; and/or

(iii) profiting or benefiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of the Copyrighted works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of the Copyrighted works.

(d) if necessary, shall cease to operate or assist in the operation of, and will not profit or benefit from, any website known or suspected by Defendant to be engaging in direct, indirect, contributory, or vicarious infringement of any of the Copyrighted Works;

(e) shall not operate or, provide links to, assist or participate in any way in the operation of, or in any way profit or benefit from, any website that enables, facilitates, permits, assists, solicits, encourages, or induces the copying, reproduction, downloading, distributing, uploading, linking to, transmitting, or public performance of any of the Copyrighted

Works, unless and until Defendant has obtained all necessary prior written authority or license for such Copyrighted Works from the appropriate Plaintiff.

4. This injunction shall not apply to any Copyrighted Works for which Defendant has obtained an appropriate written license from the Plaintiff that owns or controls the rights to such work, to the extent such license remains in force and valid.

5. Defendant shall destroy all digital files representing any Copyrighted Works that are currently in his possession, custody, or control. Defendant shall provide Plaintiffs with a sworn statement within five days after the entry of the Consent Judgment certifying his compliance with this provision.

6. Upon Plaintiffs' request, for a period of time to be determined solely by Plaintiffs, Defendant shall maintain the homepage for the Cinematube.net website and/or any web page or advertising space, including but not limited to the start page and the search pages, that Defendant display to users of the Cinematube.net website, and shall display on those pages any messages to users requested by Plaintiffs. Such messages shall be drafted solely by Plaintiffs and their content shall be solely within the discretion of Plaintiffs. Plaintiffs may change and modify the messages as they see fit and, at the direction of counsel for Plaintiffs and/or the MPAA, Defendant shall promptly display any such changed or modified messages. The messages requested by Plaintiffs shall be the only messaging or advertising that appears on, or is linked from, Cinematube.net.

7. Absent the prior written consent of Plaintiffs or their designee, Defendant shall not publicly release, distribute, sell, transfer or give away, for consideration or otherwise, any software, source code, object code, technology, domain name(s), trademark(s), brand(s), goodwill or any other property of any kind, in whole or in part, which is in any way related to http://www.cinematube.net, including without limitation, by posting such materials on an internet web page or

1  by offering such materials over any peer-to-peer or file-trading network or any
2  other medium.

3       8.     Defendant irrevocably and fully waives notice of entry of the Consent
4  Judgment and notice and service of the entered Consent Judgment and understands,
5  confirms, and agrees that violation of the Consent Judgment will expose Defendant
6  to all penalties provided by law, including contempt of Court.

7       9.     Defendant irrevocably and fully waives any and all rights to appeal the
8  Consent Judgment, to have it vacated or set aside, to seek or obtain a new trial
9  thereon, or otherwise to attack in any way, directly or collaterally, its validity or
10  enforceability.

11      10.    Nothing contained in the Consent Judgment shall limit the right of
12  Plaintiffs to seek relief, including without limitation damages, for any and all
13  infringements by Defendant of the Copyrighted Works occurring after the date
14  Defendant executes this Stipulation for Entry of Judgment.

15      11.    This Consent Judgment shall be deemed to have been served upon
16  Defendant at the time of its execution by the Court.

17      12.    The Court finds there is no just reason for delay in entering this
18  Consent Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the
19  Court directs immediate entry of this Consent Judgment against Defendant.

20      13.    The Court shall retain jurisdiction of this action to entertain such
21  further proceedings and to enter such further orders as may be necessary or
22  appropriate to implement and enforce the provisions of this Consent Judgment.

Dated: May 7, 2008

_____
Hon. George Wu
United States District Judge

| | | |
|---|---|---|
| 1 | Submitted by: | |
| 2 | Dated:  May 2, 2008 | **McDERMOTT WILL & EMERY LLP** |
| 3 | | |
| 4 | | By: /s/ Gregory R. Jones |
| 5 | |     Gregory R. Jones
    Attorneys for Plaintiffs |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

LAS99 1538802-4.069215.0024

- 6 -